

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

August 25, 2009

*VIA CM/ECF and FIRST CLASS MAIL*

The Honorable Jerome B. Simandle
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Re:   *Teleconference Systems, LLC v. Proctor & Gamble, et al.*
      **Case No. 1:09-cv-00200-JBS**

      *Teleconference Systems, LLC v. Hewlett-Packard Company, et al.*
      **Case No. 1:09-cv-00632-UNA**

Dear Judge Simandle:

We represent the plaintiff in the above-captioned cases that were filed on March 27, 2009 and August 24, 2009. I write to bring to the Court's attention that the cases are related. Both complaints allege infringement of United States Patent No. 6,980,526. I respectfully suggest that judicial resources would be conserved by assigning both cases to the same Judge.

Respectfully,

Robert J. Katzenstein (DE I.D. No. 378)

RJK/eys

cc:   Peter T. Dalleo, Clerk (via CM/ECF)
      Anthony G. Simon, Esquire (via email)
      Jack B. Blumenfeld, Esquire (via CM/ECF)

09904|CORA|10082222.WPD